ADOLPH G. KAUFMAN, Respondent, *v.* GEORGE ROSENSHINE et al., Appellants.

*Kaufman* v. *Rosenshine,* 97 App. Div. 514, affirmed.
(Argued December 14, 1905; decided January 9, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 26, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Benjamin F. Einstein* for appellants.

*Frank M. Wells* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, HAIGHT, VANN and WERNER, JJ. Absent : BARTLETT, J.

---

FRED G. THURSTON, Respondent, *v.* LEHIGH VALLEY RAIL-ROAD COMPANY, Appellant.

*Thurston* v. *Lehigh Valley R. R. Co.,* 96 App. Div. 631, affirmed.
(Argued December 14, 1905; decided January 9, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 7, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*J. M. Brainard* for appellant.

*F. W. Clifford* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, HAIGHT, VANN and WERNER, JJ. Absent : BARTLETT, J.